McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and RO MARILYN COLLINS

FILED

2005 APR 27 A 10 35

CLERK US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO

BY_____
           DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>LEROY COMBS,<br><br>Respondent. | CIV-F-05-294-OWW/LJO<br><br>**PETITIONERS' REQUEST AND ORDER WITHDRAWING PETITION FOR TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: LEROY COMBS |

In Findings and Recommendations filed April 4, 2005, Magistrate Judge Lawrence J. O'Neill found that the Internal Revenue Service served the wrong individual with the administrative summonses to be enforced, and therefore recommended against summons enforcement. Respondent has not filed objection, and petitioners do not challenge the finding. Accordingly, petitioners, subject to the approval of Judge Wanger as provided for hereon, withdraw their summons enforcement petition.

Dated: April 22, 2005

McGREGOR W. SCOTT
United States Attorney

By  /s/ Y H T Himel
    YOSHINORI H. T. HIMEL #66194
    Assistant U.S. Attorney

1

1
2    It is SO ORDERED
3
     DATED   4-26-  , 2005
4                                         _____
                                          UNITED STATES DISTRICT JUDGE

ORDER

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers

That on **April 22, 2005**, she served a copy of

**PETITIONERS' REQUEST AND ORDER WITHDRAWING PETITION FOR TAX SUMMONS ENFORCEMENT**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U S  Mail in Sacramento, California

Addressees

Mr  Leroy Combs
2417 East Belmont Ave
Fresno, CA 93701

/s/ Pamela Beauvais
PAMELA BEAUVAIS